1    Leon F. Mead II, Esq.
Nevada Bar No. 5719
2    SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
3    Las Vegas, NV 89169
Telephone: (702) 784-5200
4    Facsimile: (702) 784-5252
*lmead@swlaw.com*

5

6    Stuart J. Einbinder
California Bar No. 155758
7    SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Irvine, CA 92626
8    Telephone: (714) 427-7000
Facsimile: (714) 427-7799
9    seinbinder@swlaw.com

10    *Attorneys for David Jenkins and*
*Advanced Communications Resources, Inc.*

11

12             UNITED STATES DISTRICT COURT

13                 DISTRICT OF NEVADA

14

15    DAVID JENKINS, an individual; and      CASE NO. 2:10-cv-01179-PMP-LRL
ADVANCED COMMUNICATIONS
16    RESOURCES, INC., a Nevada          [Consolidated with Case No. 2:10-cv-01504-
Corporation,                          PMP-RJ]
17
                Plaintiffs,
18                             **STIPULATION OF DISMISSAL OF**
      vs.                              **ENTIRE ACTION WITH PREJUDICE**
19
20    FEDERAL DEPOSIT INSURANCE      **(F.R.C.P Rule 41)**
CORPORATION
21
               Defendant.
22

23

24

25

26

27

28

                                              STIPULATION OF DISMISSAL OF
                                          ENTIRE ACTION WITH PREJUDICE

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    David Jenkins ("Jenkins"), Advanced Communications Resources, Inc. ("ACR") and the

2    Federal Deposition Insurance Corporation ("FDIC"), by and through their counsel, hereby

3    stipulate and agree that this entire consolidated action (including both the Complaint filed by

4    Jenkins and ACR and the Complaint filed by the FDIC) be dismissed with prejudice.

6    Dated: ~~December~~ January 19, 2010

                                                  SNELL & WILMER L.L.P.

                                                  By: _____

                                                  Stuart J. Einbinder, Esq.

                                                  *Attorneys for David Jenkins and Advanced*
*Communications Resources, Inc.*

11   Dated: December 6, 2010

                                                  By: _____

                                                  Camilla Nichols Andrews
Thomas Holzman
*Attorneys for Federal Deposit Insurance*
*Corporation*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: — January 20, 2011. ——

12339030.1

- 2 -

STIPULATION OF DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200